```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
D. KLEIN & SON, INC.,                :
                    Plaintiff,       :    98 Civ. 4083 (JFK) (MHD)
          -against-                  :           ORDER
GOOD DECISION, INC. and              :
GOOD DECISION LTD.,
                                     :
                    Defendants.
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-20-09

**JOHN F. KEENAN, United States District Judge:**

The Court has received a Report & Recommendation from Magistrate Judge Michael H. Dolinger, dated December 24, 2008, recommending the denial of plaintiff's motion for contempt and defendants' motion for sanctions. (Doc. No. 94.) As indicated by Magistrate Judge Dolinger in his Report, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72 of the Federal Rules of Civil Procedure, the parties had ten days in which to file objections. Having received no objections, and finding no clear error on the face of the record, I hereby confirm and adopt the well-considered Report in its entirety. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, the motions are DENIED.

**SO ORDERED.**

Dated:    New York, New York
          January 20, 2009

                              _____
                              JOHN F. KEENAN
                              United States District Judge